In Blue Cross Blue Shield of Alabama, Inc. v. Nielsen,714 So.2d 293, 296-97 (Ala. 1998), this Court stated:
 "[W]e conclude that the language of § 10-4-115
plainly and unambiguously states that corporations formed under § 10-4-110 et seq., as [BCBS] was, are not regulated by the insurance laws of this State unless § 10-4-110 et seq. are expressly amended to apply such laws. This interpretation is also supported by the wording of § 27-1-4, which expressly states that laws appearing in the Alabama Insurance Code (Title 27) do not apply to companies, like [BCBS], that are organized under the provisions of § 10-4-100, unless § 10-4-100 et seq. expressly provide that such laws apply."
The majority does not overrule Nielsen, and, in my opinion, construes the holding in Nielsen in an unduly narrow manner. Therefore, I respectfully dissent.